UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EURAL DEWAYNE DEBBS, SR.,

                Plaintiff,

    v.

MARY JANE FERGUSON, *et al*.,

                Defendants.

Case No. C12-1189-RSL

ORDER DISMISSING ACTION

    The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Plaintiff's complaint and this action are DISMISSED without prejudice; and

//

//

//

ORDER DISMISSING ACTION
PAGE - 1

(3) The Clerk is directed to terminate this action pursuant to **28 U.S.C. § 1915(e)(2)(B),** to count this as a dismissal under **28 U.S.C. § 1915(g)**, and to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 29th day of January, 2013.

Robert S. Lasnik
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2