01

02

03

04

05

06

07                              UNITED STATES DISTRICT COURT
                               WESTERN DISTRICT OF WASHINGTON
08                                        AT SEATTLE

09    EURAL DEWAYNE DEBBS, SR.,

10                              Plaintiff,          Case No. C12-1189-RSL

11          v.
                                                    ORDER DISMISSING ACTION
12    MARY JANE FERGUSON, *et al.*,

13                              Defendants.

14

15          The Court, having reviewed the Report and Recommendation of the Honorable Mary

16    Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and

17    Order:

18          (1)     The Court adopts the Report and Recommendation;

19          (2)     Plaintiff's complaint and this action are DISMISSED without prejudice; and

20    //

21    //

22    //

      ORDER DISMISSING ACTION
      PAGE - 1

01          (3)     The Clerk is directed to terminate this action pursuant to **28 U.S.C.**

02 **§ 1915(e)(2)(B),** to count this as a dismissal under **28 U.S.C. § 1915(g)**, and to send copies of

03 this Order to plaintiff and to the Honorable Mary Alice Theiler.

04          DATED this 29th day of January, 2013.

05

06

07                                        _Robert S. Lasnik_
                                          Robert S. Lasnik
08                                        United States District Judge

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DISMISSING ACTION
PAGE - 2